Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−14955−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juanita Toledo−Hall
   59 McKinley Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−8765

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/27/17 at 09:00 AM

to consider and act upon the following:

*33* − Motion to Expunge Claims of Toyota Lease Trust Filed by Dorothy L. Wright on behalf of Juanita Toledo−Hall. Hearing scheduled for 9/13/2017 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Certificate of Service) (Wright, Dorothy)


Dated: 8/29/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court