Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                    Case No.: 17−14955−KCF  
                                    Chapter: 13  
                                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Juanita Toledo−Hall  
    59 McKinley Avenue  
    Colonia, NJ 07067

Social Security No.:  
    xxx−xx−8765

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/27/17 at 09:00 AM

to consider and act upon the following:

33 − Motion to Expunge Claims of Toyota Lease Trust Filed by Dorothy L. Wright on behalf of Juanita Toledo−Hall. Hearing scheduled for 9/13/2017 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Certificate of Service) (Wright, Dorothy)

Dated: 8/29/17

                                                          Jeanne Naughton  
                                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Juanita Toledo-Hall
    Debtor

Case No. 17-14955-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 29, 2017
    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
db    +Juanita Toledo-Hall,   59 McKinley Avenue,   Colonia, NJ 07067-2309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
    Albert Russo   docs@russotrustee.com
    Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Dorothy L. Wright   on behalf of Debtor Juanita   Toledo-Hall bknoticesdlw@smgpc.com, dorothy.wright@smgpc.com
    Stephen M. Goldberg   on behalf of Debtor Juanita   Toledo-Hall bk2notices@smgpc.com
    U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 5