UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dorothy L. Wright, Esq. (DLW0073)
Stephen M. Goldberg, PC
917 North Washington Avenue
Green Brook, NJ 08812
(732) 968-2000
Attorney for the Debtor(s)

Order Filed on December 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUANITA TOLEDO-HALL

Case No.: 17-14955

Chapter: 13

Judge: KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Dorothy L. Wright, Esq._____, the applicant, is allowed a fee of $ _____1,300.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1,300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*