Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−14955−KCF
                              Chapter: 13
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juanita Toledo−Hall
    59 McKinley Avenue
    Colonia, NJ 07067

Social Security No.:
    xxx−xx−8765

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 12, 2019
JAN: slf

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14955-KCF
Juanita Toledo-Hall                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 12, 2019
                              Form ID: 148         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
```
db              +Juanita Toledo-Hall,    59 McKinley Avenue,    Colonia, NJ 07067-2309
cr              +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbott's Bridge Road,
                  Suite 170,    Duluth, GA 30097-8461
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Ave,    Suite 400,
                  South Houston, TX 77042-4546
516699983       +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
516699984       +Experian,    P O Box 2002,    Allen, TX 75013-2002
516713583        Nissan,    POB 660366,    Dallas, TX 75266-0366
516699985       +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
                  Dallas, TX 75266-0360
516733792       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
516699988       +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
517131544       +Wilmington Savings Fund Society, FSB,    c/o Marinosci Law Group, P.C.,
                  ATTN: Bankruptcy Department,    100 West Cypress Creek Road, Suite 1045,
                  Fort Lauderdale, FL 33309-2191
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:22     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516699986        E-mail/Text: bkteam@selenefinance.com Jun 13 2019 00:54:20     Selene Finance,
                  9990 Richmond, Suite 400 South,    Houston, TX 77042-4546
516700575       +EDI: RMSC.COM Jun 13 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516699987        EDI: TFSR.COM Jun 13 2019 03:58:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054
516699989       +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Bank Nv Na,
                  Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
516699990       +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Bank Nv Na,    Po Box 31557,
                  Billings, MT 59107-1557
516783625       +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,
                  Des Moines IA 50328-0001
516699991       +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Home Mortgage,    Po Box 10335,
                  Des Moines, IA 50306-0335
516951332       +E-mail/Text: bkteam@selenefinance.com Jun 13 2019 00:54:20
                  Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                  9990 Richmond Ave Ste 400 South,    Houston TX 77042-4546
                                                                                             TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dorothy L. Wright    on behalf of Debtor Juanita  Toledo-Hall bknoticesdlw@smgpc.com,
               bknoticesdlw@smgpc.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Jun 12, 2019
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP dnj@pbslaw.org
         Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB smncina@rascrane.com
         Stephen M. Goldberg    on behalf of Debtor Juanita  Toledo-Hall bk2notices@smgpc.com, bk2notices@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                              TOTAL: 7